FILED
DEC 14 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GORDON R. COOKE and JENNIFER L. COOKE, Plaintiffs,

vs.

UNITED STATES OF AMERICA, Defendant.

DOCKET NO.: 06-850 T
JUDGE: ____________

## NOTICE OF INDIRECTLY RELATED CASES

The above captioned and styled matter is an "Elecktra" tax refund case that is indirectly related to the following cases:

| Name | Suit Date | Docket No. |
|---|---|---|
| Herda, et. al. v. United States | March 22, 2006 | 06-224T |
| Lewin, et ux. v. United States | November 6, 2006 | 06-751T |

Respectfully,

Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

R:\DOCS\TAXCONT.T\tgwnd136.co1.wpd

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax