IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-850 T

(Judge Mary Ellen Coster Williams)

GORDON R. COOKE and JENNIFER L. COOKE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties respectfully request that proceedings be suspended in this case pending the Court's final disposition of *John Herda and Margaret Herda et. al. v. U.S.*, Fed. Cl. No. 06-224 T. The parties have previously informed the Court that this case is indirectly related to *Herda*, and to *Lawrence S. Lewin and Marion E. Lewin v. U.S.*, Fed. Cl. No. 06-751 T. *See Notice* [Doc. #4], Fed. Cl. No. 06-850 T; *Notice* [Doc. #13], Fed. Cl. No. 06-224 T. After the notice of indirectly related cases was filed in *Herda*, that case and *Lewin* were transferred to Judge Williams, to whom also this case is assigned. Plaintiffs in *Herda*, *Lewin*, and *Cooke* are represented by attorneys from the same law firm, Redding & Associates, P.C., and the same attorney of record has appeared on behalf of defendant in all three. *Herda* is presently in discovery, which is set to close on April 30, 2007, *see Order* [Doc. #12], Fed. Cl. No. 06-224 T, while *Lewin* is post-answer pre-JPSR, and the present case is pre-answer.

Given the common issues of law and fact (material individual issues of law and fact may

also exist) present in *Herda*, *Lewin*, and *Cooke*, the parties believe the efficient administration of justice would be significantly promoted by adoption of the following procedure: The Court stays *Cooke* and *Lewin* and fully adjudicates *Herda*, the parties then submit a joint status report in which they express their views on how the outcome of *Herda* impacts *Lewin* and *Cooke*, and the Court enters orders regarding further proceedings.

Plaintiffs' counsel also notes that she and/or lawyers from her firm intend to file, in the future, additional cases that they believe are indirectly related to *Herda*, *Lewin*, and *Cooke*. The parties believe future filed cases are best handled via the procedures established in the Court's rules for indirectly related cases, RCFC 40.2(b), and, accordingly, plaintiffs' counsel intends, upon filing, also to file the appropriate notice in *Herda*, the earliest filed case.

Respectfully submitted,

2/12/2007 s/Sallie W. Gladney by s/Bart D. Jeffress
Date SALLIE W. GLADNEY
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

2/12/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

2/12/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant