# In the United States Court of Federal Claims

No. 06-850T
(Filed February 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**GORDON R. COOKE and**
**JENNIFER L. COOKE,**

        Plaintiffs,

        v.

**THE UNITED STATES,**

        Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

---

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

---

      On February 12, 2007, the parties filed with this Court a joint motion to stay the proceedings in this action pending the final disposition of <u>John Herda and Margaret Herda et. al. v. United States</u>, Fed. Cl. No. 06-224T.  The parties previously informed the Court that this case is indirectly related to <u>Herda</u>, and to <u>Lawrence S. Lewin and Marion E. Lewin v. United States</u>, Fed. Cl. No. 06-751T.  Good cause having been shown, the motion is **GRANTED**.


                                                        s/Mary Ellen Coster Williams
                                                        **MARY ELLEN COSTER WILLIAMS**
                                                        **Judge**