# In the United States Court of Federal Claims

**No. 06-850T**
**(Filed October 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GORDON R. COOKE and JENNIFER L. COOKE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**

---

On February 14, 2007, the Court stayed proceedings in this action pending the final disposition of Herda v. United States, No. 06-224T (Fed. Cl. filed Mar. 22, 2006). On October 4, 2007, the complaint in Herda was dismissed with prejudice.

The parties previously informed the Court that this case is indirectly related to Herda, and to Lewin v. United States, No. 06-751T (Fed. Cl. filed Nov. 6, 2006). Plaintiffs' counsel in this action also represent the plaintiffs in the two cases set forth above.

In light of the dismissal of Herda, the parties agree that the stay should be lifted in one of the remaining indirectly related cases. On October 10, 2007, the parties in Lewin filed a Joint Status Report requesting that the Court allow the parties the opportunity to recommend which of the remaining indirectly related cases should proceed. The parties request that the Court continue the current stay in this action until October 29, 2007, to allow Plaintiffs' counsel sufficient time to determine which case should proceed. Good cause having been shown, the motion is **GRANTED**. This action is stayed until **October 29, 2007**, and the parties shall file a joint status report by this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**