IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-850 T

(Judge Mary Ellen Coster Williams)

---

GORDON R. COOKE and JENNIFER L. COOKE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT AND JOINT MOTION TO LIFT STAY

---

The parties file this joint status report in response to the Court's Order Granting Joint Motion to Continue Stay, entered October 19, 2007. The Court originally stayed proceedings in the instant case, and in three indirectly related cases (*Lawrence S. Lewin and Marion E. Lewin v. United States*, Fed. Cl. No. 06-751T, *Harold A. Cooper and Ruth Cooper, Deceased v. United States*, Fed. Cl. No. 07-107T, and *Lloyd W. Bailey et al. v. United States*, Fed. Cl. No. 07-204T) pending the disposition of another indirectly related case, *John Herda and Margaret Herda et al. v. United States*, Fed. Cl. No. 06-224T. *Herda* was dismissed by joint stipulation of the parties on October 4, 2007. Accordingly, the parties respectfully request that the Court lift the stay in the instant case, while leaving in place the stays in *Lewin*, *Cooper*, and *Bailey*. The parties further propose that, if the Court lifts the stay in this case, the Court allow defendant until January 10, 2008, or sixty days after the stay is lifted, whichever comes later, to answer or otherwise respond to the complaint.

October 29, 2007
Date

Respectfully submitted,

/s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

/s/ Steven I. Frahm
Of Counsel
Attorneys for Defendant

October 29, 2007
Date

/s/ Sallie W. Gladney by /s/ Karen Servidea
Thomas E. Redding
Sallie W. Gladney
Teresa J. Womack
REDDING & ASSOCIATES, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 Fax
Attorneys for Plaintiffs