# In the United States Court of Federal Claims

**No. 06-850T**
**(Filed October 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GORDON R. COOKE and**
**JENNIFER L. COOKE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING JOINT MOTION TO LIFT STAY

---

On October 29, 2007, the parties filed a joint status report and motion to lift the stay in the instant case, while leaving in place the stays in the indirectly related cases, Lewin v. United States, No. 06-751T, Cooper v. United States, No. 07-107T, and Bailey v. United States, No. 07-204T. The parties also requested an enlargement of time, to and including, January 10, 2008, for Defendant to file its answer or otherwise respond to the complaint in this case.

Good cause having been shown, the parties' motion is **GRANTED**. The Court lifts the stay in the instant case. Defendant shall answer or otherwise respond to the complaint by **January 10, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**