# In the United States Court of Federal Claims

**No. 06-850T**
**(Filed March 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GORDON R. COOKE and**
**JENNIFER L. COOKE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING CONFERENCE ORDER**

---

A Preliminary Scheduling Conference, via telephone, will be held on **March 13, 2008,** at **11:30 a.m. ET**. The court will initiate the conference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**