IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-850 T

(Judge Mary Ellen Coster Williams)

GORDON R. COOKE and JENNIFER L. COOKE,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR LEAVE TO FILE
FIRST AMENDED JOINT PRELIMINARY STATUS REPORT

The parties respectfully move the Court for leave to file a First Amended Joint Preliminary Status Report.

As good cause therefor, the parties state as follows:

After the parties filed their Joint Preliminary Status Report on February 28, 2008, they noticed a typographical error in their proposed discovery schedule. The parties intended to propose that the period for fact discovery close on September 30, 2008, rather than September 30, 2009 (as stated in the Joint Preliminary Status Report). The parties also intended to propose a deadline for dispositive motions of October 31, 2008, rather than October 31, 2009 (as stated in the Joint Preliminary Status Report). The parties therefore request leave to file the attached First Amended Joint Preliminary Status Report to correct the proposed discovery schedule.

Plaintiffs' attorney has consented to defendant's attorney filing this Joint Motion for Leave to File First Amended Joint Preliminary Status Report on her behalf.

Respectfully submitted,

3/4/2008 s/Karen Servidea
Date

KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

3/4/2008 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant



3101956.1