# In the United States Court of Federal Claims

**No. 06-850T**
**(Filed March 5, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**GORDON R. COOKE and** *
**JENNIFER L. COOKE,** *
*
*
**Plaintiffs,** *
*
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED JOINT PRELIMINARY STATUS REPORT**

---

On March 4, 2008, the parties filed a joint motion for leave to file an amended joint preliminary status report. Good cause having been shown, the parties motion is **GRANTED**. The parties amended joint preliminary status report is accepted as filed on March 4, 2008.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**