# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GORDON R. COOKE and JENNIFER L. COOKE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | NO. 06-850 T |
| v. | § | |
| | § | JUDGE Mary Ellen Coster Williams |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

On March 13, 2008, this Court entered a scheduling order (see document no. 17) setting the deadline for fact discovery for September 30, 2008, and the deadlines for dispositive motions, responses and replies for October 31, 2008, November 28, 2008, and December 12, 2008 respectively. The plaintiffs request that the Court amend that order to allow an extension of 45 days for the above deadlines and for cause would show:

Due to April 15th deadlines, among others, plaintiffs' counsel requested and the defendant granted an extension of two weeks to serve responses to the defendant's discovery requests. On April 25, 2008, Judge Lettow issued his opinion in *McGann v. U.S.*, — Fed.Cl. — (April 25, 2007), document no. 76 in the record of case no. 05-1189T. Plaintiffs' counsel then requested from the defendant an additional 30 days to respond to the defendant's discovery requests in this case in order to determine if the plaintiffs here and in a number of indirectly related cases would be amenable to dismissing these cases in light of the Court's holdings in *McGann*. The defendant has stated that it would grant the requested extension only if the deadlines set by the Court's prior scheduling order were likewise extended, as requested by this motion.

The plaintiffs here and in the indirectly related cases (see document no. 4) were partners in one or more of the Elektra partnerships. They and others of their partners filed two types of refund

claims with the Internal Revenue Service: (i) claims for refund of the §6621(c) penalty interest imposed on their partnership related taxes, and (ii) claims for refund of amounts due based on deductions arising from the change to their partnership basis in the tax year their partnership interest was terminated or became worthless.

*McGann* addresses the first type of refund claim, the case at bar addresses the second. In *McGann* Judge Lettow ruled that the IRS improperly imposed the §6621(c) penalty interest rate on an Elektra partner similarly situated to the plaintiffs here and that the amounts collected due to §6621(c) must be refunded.

The plaintiffs request that the Court extend the current deadlines by 45 days so that they, and the plaintiffs in the other indirectly related cases, may review the holdings in *McGann* to determine their ramifications for each partner and to decide whether or not to dismiss this and the other indirectly related cases in light of the Court's holding in *McGann*.

WHEREFORE, plaintiffs respectfully request that the Court expand its prior deadlines by 45 days as follows:

| | |
|---|---|
| November 14, 2008 | fact discovery complete, |
| December 15, 2008 | dispositive motions due, |
| January 12, 2009 | responses to dispositive motions due, |
| January 26, 2009 | replies, if any, due. |

Respectfully,

/s/ Sallie W. Gladney

Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244 Voice
(713) 621-5227 Fax

CERTIFICATE OF CONFERENCE

This is to certify that on May 5, 2008, I spoke with Karen E. Servidea, counsel for the United States, who represented that the United States does not object to the granting of this motion.

/s/ Sallie W. Gladney
Sallie W. Gladney