# In the United States Court of Federal Claims

**No. 06-850T**
**(Filed: May 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GORDON R. COOKE and**
**JENNIFER L. COOKE,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

On May 5, 2008, Plaintiff filed an unopposed motion to amend the March 13, 2008 scheduling order. Good cause having been shown, the Court grants Plaintiff's request and amends the schedule as follows:

1. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **November 14, 2008**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

2. **Dispositive Motions**. Any dispositive motion shall be filed on or before **December 15, 2008**. Any response shall be filed on or before **January 12, 2009**, and any replies shall be filed on or before **January 26, 2009**.

The parties are urged to contact the court to request a telephonic conference at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**